UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAGE ZERINGUE                                                                    CIVIL ACTION

VERSUS                                                                                      NO. 17-6023

MONSTER ENERGY COMPANY                                                SECTION "R" (2)

## JUDGMENT

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's complaint is DISMISSED.

New Orleans, Louisiana, this __6th__ day of November, 2017.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE